# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GILBERT VENTURA, SR., and TRACY D. VENTURA

v.

WELLS FARGO BANK, N.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 4309 EMC

TO: (Name and address of defendant)

WELLS FARGO BANK, N.A.
464 California St.
San Francisco, CA 94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
(602) 274-1100

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE August 21, 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

Received Time Aug 21  4:18PM