UNITED STATES DISTRICT COURT

Northern District of California

Gilbert Ventura, Sr.,

                Plaintiff(s),

  v.

Wells Fargo Bank,

                Defendant(s).

CASE NO. C 07-04309 EMC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Andrew S. Friedman , an active member in good standing of the bar of District of Arizona whose business address and telephone number (particular court to which applicant is admitted) is

2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/14/07

Edward M. Chen
U. S. Magistrate Judge