1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA 94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA 94120-7936
6
   Telephone:    (415) 543-8700
7  Facsimile:    (415) 391-8269

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9
10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA

12 | GILBERT VENTURA, SR., and TRACY D. VENTURA,  | Case No.: C-07-4309 MJJ  EMC
13 |                                               |
14 |                Plaintiffs,                    | **STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**
15 |         vs.                                   |
16 | WELLS FARGO BANK, N.A.,                       | Compl. Filed:  August 21, 2007
17 |                Defendant.                     | Trial Date:    None
18 |                                               | *Honorable Martin J. Jenkins*

## STIPULATION

WHEREAS, on August 21, 2007, Plaintiffs filed their Complaint in this action;

WHEREAS, on August 31, 2007, Plaintiffs served the Complaint on Defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, the parties hereto agree to extend the time for Wells Fargo to file its response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1.   Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

**SO STIPULATED:**

DATED: September 26, 2007          REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September 15, 2007          BONNETT, FAIRBOURN, FRIEDMAN & BALINT

By _____
Wendy J. Harrison
Attorneys for Plaintiffs
GILBERT VENTURA, SR., and
TRACY D. VENTURA

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate



IT IS SO ORDERED
Judge Edward M. Chen

—2—

STIPULATION

DOCSSFO-12491420.1-DSREIDY