Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.: C-07-4309 MJJ  EMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Compl. Filed:　August 21, 2007<br>Trial Date:　　None<br><br>*Honorable Martin J. Jenkins* |

### STIPULATION

WHEREAS, on August 21, 2007, Plaintiffs filed their Complaint in this action;

WHEREAS, on August 31, 2007, Plaintiffs served the Complaint on Defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, the parties hereto agree to extend the time for Wells Fargo to file its response to the Complaint:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

– 2 –

1.       Wells Fargo's response to the Complaint shall be deemed timely if filed and served on or before October 5, 2007.

**SO STIPULATED:**

DATED: September 26, 2007        REED SMITH LLP

By _____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: September 15, 2007        BONNETT, FAIRBOURN, FRIEDMAN & BALINT

By _____
Wendy J. Harrison
Attorneys for Plaintiffs
GILBERT VENTURA, SR., and
TRACY D. VENTURA

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA