Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:   (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.: C-07-4309 EMC<br><br>**ANSWER OF DEFENDANT WELLS FARGO BANK, N.A., TO PLAINTIFFS' COMPLAINT**<br><br>Compl. Filed:   August 21, 2007<br>Trial Date:      None<br><br>*Honorable Edward M. Chen* |

## ANSWER

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby answers the allegations of the Complaint filed in this action by plaintiffs Gilbert Ventura, Sr., and Tracy Ventura ("Plaintiffs"). Unless expressly admitted herein, Wells Fargo lacks sufficient information to admit or deny the allegations of the Complaint and, on that basis, denies the allegations.

1.　Answering Paragraph 1 of the Complaint, Wells Fargo admits that plaintiffs purport to assert claims against Wells Fargo under the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §§1691, *et seq.*, the Fair Housing Act ("FHA"), 42 U.S.C. §§3601, *et seq.*, and the Civil Rights Act, 42 U.S.C. §§1981, *et seq.* Except as expressly admitted herein, Wells Fargo lacks sufficient

1  information to admit or deny the allegations contained in Paragraph 1, and, on that basis, denies the
2  allegations.

### Introduction

3  
4      2.    Answering Paragraph 2 of the Complaint, Wells Fargo denies the allegations
5  contained therein.

6      3.    Answering Paragraph 3 of the Complaint, Wells Fargo denies the allegations
7  contained therein.

8      4.    Paragraph 4 of the Complaint does not make any material allegations concerning
9  Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

10      5.    Answering Paragraph 5 of the Complaint, Wells Fargo admits that plaintiffs allegedly
11  bring this action on behalf of a purported class as described in Paragraph 5. Except as expressly
12  admitted herein, Wells Fargo denies the allegations contained in Paragraph 5.

13      6.    Answering Paragraph 6 of the Complaint, Wells Fargo admits that plaintiffs seek
14  injunctive, declaratory and equitable relief and other remedies. Except as expressly admitted herein,
15  Wells Fargo denies the allegations contained in Paragraph 6.

### Jurisdiction and Venue

17      7.    Answering Paragraph 7 of the Complaint, Wells Fargo admits that this Court has
18  original jurisdiction over civil actions arising under federal law.

19      8.    Answering Paragraph 8 of the Complaint, Wells Fargo admits that venue is proper in
20  this Court. Except as expressly admitted herein, Wells Fargo denies the allegations of Paragraph 8.

### Parties

22      9.    Answering Paragraph 9 of the Complaint, Wells Fargo lacks sufficient information to
23  admit or deny the allegations contained therein and, on that basis, denies the allegations.

24      10.    Answering Paragraph 10 of the Complaint, Wells Fargo admits that it is a mortgage
25  lender and maintains a branch at 464 California Street, San Francisco, California 94104. Except as
26  expressly admitted herein, Wells Fargo denies the allegations contained in Paragraph 10.

27  ///
28  ///

Facts

11. Answering Paragraph 11 of the Complaint, Wells Fargo denies that it participated in discriminatory treatment of minority borrowers. As to the remaining allegations of Paragraph 11, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

12. Paragraph 12 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

13. Paragraph 13 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

14. Paragraph 14 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

15. Paragraph 15 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

16. Paragraph 16 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

17. Answering Paragraph 17 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

18. Answering Paragraph 18 of the Complaint, Wells Fargo admits that its website speaks for itself. As to the remaining allegations of Paragraph 18, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

19. Answering Paragraph 19 of the Complaint, Wells Fargo denies the allegations contained therein.

20. Answering Paragraph 20 of the Complaint, Wells Fargo denies the allegations contained therein.

21. Answering Paragraph 21 of the Complaint, Wells Fargo denies the allegations contained therein.

22. Answering Paragraph 22 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

23. Answering Paragraph 23 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

24. Answering Paragraph 24 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

25. Answering Paragraph 25 of the Complaint, Wells Fargo denies the allegations contained therein.

26. Answering Paragraph 26 of the Complaint, Wells Fargo admits that it enters into agreements with brokers to accept loan application for Wells Fargo loans and communicates financing terms and rates to the brokers. Except as expressly admitted herein, Wells Fargo denies the allegations of Paragraph 26.

27. Answering Paragraph 27 of the Complaint, Wells Fargo denies the allegations contained therein.

28. Answering Paragraph 28 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

29. Answering Paragraph 29 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

30. Answering Paragraph 30 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

31. Answering Paragraph 31 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

32. Answering Paragraph 32 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

33. Answering Paragraph 33 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

34. Answering Paragraph 34 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

35. Answering Paragraph 35 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

36. Answering Paragraph 36 of the Complaint, Wells Fargo denies the allegations contained therein.

37. Answering Paragraph 37 of the Complaint, Wells Fargo denies that it employs any discriminatory pricing policy. As to the remaining allegations of Paragraph 37, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

38. Answering Paragraph 38 of the Complaint, Wells Fargo admits that Exhibit 1 to the Complaint speaks for itself. Except as expressly admitted herein, Wells Fargo denies the allegations of Paragraph 38.

39. Answering Paragraph 39 of the Complaint, Wells Fargo lacks sufficient information to admit or deny the allegations pertaining to Phoenix Home Loans. As to the remaining allegations against Wells Fargo in Paragraph 39 of the Complaint, Wells Fargo denies the allegations contained therein.

40. Answering Paragraph 40 of the Complaint, Wells Fargo denies the allegations contained therein.

Class Action Allegations

41. Answering Paragraph 41 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 40, above, as though the same were set forth in full herein.

42. Answering Paragraph 42 of the Complaint, Wells Fargo admits that plaintiffs purport to assert claims against Wells Fargo under the ECOA, the FHA, and the Civil Rights Act, on behalf of a purported class of minority borrowers who allegedly entered into residential mortgage loans with Wells Fargo. Except as expressly admitted herein, Wells Fargo denies the allegations of Paragraph 42.

43. Answering Paragraph 43 of the Complaint, Wells Fargo admits that plaintiffs purport to assert claims on their own behalf and on behalf of a class of persons. As to the remaining allegations of Paragraph 43, Wells Fargo lacks sufficient information to admit or deny the allegations contained therein and, on that basis, denies the allegations.

44. Answering Paragraph 44 of the Complaint, Wells Fargo denies the allegations contained therein.

45. Answering Paragraph 45 of the Complaint, Wells Fargo denies the allegations contained therein.

46. Answering Paragraph 46 of the Complaint, Wells Fargo denies the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, Wells Fargo denies the allegations contained therein.

48. Answering Paragraph 48 of the Complaint, Wells Fargo denies the allegations contained therein.

49. Answering Paragraph 49 of the Complaint, Wells Fargo denies the allegations contained therein.

<u>Accrual, Etc.</u>

50. Answering Paragraph 50 of the Complaint, Wells Fargo denies the allegations contained therein.

51. Answering Paragraph 51 of the Complaint, Wells Fargo denies the allegations contained therein.

52. Answering Paragraph 52 of the Complaint, Wells Fargo denies the allegations contained therein.

53. Answering Paragraph 53 of the Complaint, Wells Fargo denies the allegations contained therein.

54. Answering Paragraph 54 of the Complaint, Wells Fargo denies the allegations contained therein.

55. Answering Paragraph 55 of the Complaint, Wells Fargo denies the allegations contained therein.

56. Answering Paragraph 56 of the Complaint, Wells Fargo denies the allegations contained therein.

57. Answering Paragraph 57 of the Complaint, Wells Fargo denies the allegations contained therein.

### Count I

58. Answering Paragraph 58 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 57, above, as though the same were set forth in full herein.

59. Answering Paragraph 59 of the Complaint, Wells Fargo denies the allegations contained therein.

60. Answering Paragraph 60 of the Complaint, Wells Fargo denies the allegations contained therein.

61. Answering Paragraph 61 of the Complaint, Wells Fargo denies the allegations contained therein.

62. Answering Paragraph 62 of the Complaint, Wells Fargo denies the allegations contained therein.

63. Answering Paragraph 63 of the Complaint, Wells Fargo denies the allegations contained therein.

### Count II

64. Answering Paragraph 64 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 63, above, as though the same were set forth in full herein.

65. Paragraph 65 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

66. Answering Paragraph 66 of the Complaint, Wells Fargo denies the allegations contained therein.

67. Answering Paragraph 67 of the Complaint, Wells Fargo denies the allegations contained therein.

68. Answering Paragraph 68 of the Complaint, Wells Fargo denies the allegations contained therein.

///

///

## Count III

69. Answering Paragraph 69 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 68, above, as though the same were set forth in full herein.

70. Paragraph 70 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

71. Answering Paragraph 71 of the Complaint, Wells Fargo denies the allegations contained therein.

72. Answering Paragraph 72 of the Complaint, Wells Fargo denies the allegations contained therein.

73. Answering Paragraph 73 of the Complaint, Wells Fargo denies the allegations contained therein.

74. Answering Paragraph 74 of the Complaint, Wells Fargo denies the allegations contained therein.

75. Answering Paragraph 75 of the Complaint, Wells Fargo denies the allegations contained therein.

76. Answering Paragraph 76 of the Complaint, Wells Fargo denies the allegations contained therein.

## Count IV

77. Answering Paragraph 77 of the Complaint, Wells Fargo repeats and realleges each of the answers in Paragraphs 1 through 76, above, as though the same were set forth in full herein.

78. Answering Paragraph 78 of the Complaint, Wells Fargo admits the allegations contained therein.

79. Answering Paragraph 79 of the Complaint, Wells Fargo denies the allegations contained therein.

80. Answering Paragraph 80 of the Complaint, Wells Fargo denies the allegations contained therein.

81. Answering Paragraph 81 of the Complaint, Wells Fargo denies the allegations contained therein.

82.  Answering Paragraph 82 of the Complaint, Wells Fargo denies the allegations contained therein.

83.  Answering Paragraph 83 of the Complaint, Wells Fargo denies the allegations contained therein.

84.  Paragraph 84 of the Complaint does not make any material allegations concerning Wells Fargo and, on that basis, Wells Fargo does not respond to the statements contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Claim)

1.  Wells Fargo alleges as an affirmative defense that the Complaint, and each cause of action asserted therein, fails to allege sufficient facts to state any claim for which relief can be granted to plaintiffs because it fails to allege a discriminatory practice or disparate impact on plaintiffs.

### SECOND AFFIRMATIVE DEFENSE

#### (Statute of Limitations)

2.  Wells Fargo alleges as an affirmative defense that plaintiffs' claims are barred by any and all applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

#### (Waiver)

3.  Wells Fargo alleges as an affirmative defense that plaintiffs have waived any and all claims, rights and demands made in the Complaint because they accepted the terms of any and all loans obtained from Wells Fargo.

### FOURTH AFFIRMATIVE DEFENSE

#### (Estoppel)

4.  Wells Fargo alleges as an affirmative defense that plaintiffs are barred by the doctrine of estoppel from asserting the claims, rights and demands made in the Complaint, because Wells Fargo reasonably and justifiably relied on its loan contracts with plaintiffs, and upon the terms and conditions stated therein, and funded the loans to plaintiffs' benefit.

### FIFTH AFFIRMATIVE DEFENSE

### (Business Necessity)

5. Wells Fargo alleges as an affirmative defense that any alleged acts or omissions of Wells Fargo that gave rise to plaintiffs' alleged claims were and are justified by a legitimate business necessity and/or other legitimate non-discriminatory reason.

### SIXTH AFFIRMATIVE DEFENSE

### (Consent/Acquiescence)

6  Wells Fargo alleges as an affirmative defense that plaintiffs acquiesced in and/or consented to the acts and omissions alleged in the Complaint herein, including by accepting any and all loan terms and conditions disclosed to plaintiffs by Wells Fargo.

### SEVENTH AFFIRMATIVE DEFENSE

### (No Discriminatory Practice)

7. Wells Fargo alleges as an affirmative defense that it has not engaged in any discriminatory practices as alleged in the Complaint and that discriminatory intent was not a factor in determining the terms or conditions of any loan made to Plaintiffs.

### EIGHTH AFFIRMATIVE DEFENSE

### (No Disparate Impact)

8. Wells Fargo alleges as an affirmative defense that its loan policies and procedures do not have a disparate impact on minority borrowers that is not related to risk-based factors.

### NINTH AFFIRMATIVE DEFENSE

### (Fault of Others)

9. Wells Fargo alleges as an affirmative defense that plaintiffs' damages, if any, were proximately caused and/or contributed to by the acts, omissions, negligence and/or intentional misconduct of third parties, and were not caused by Wells Fargo.

### TENTH AFFIRMATIVE DEFENSE

### (No Damages)

10. Wells Fargo alleges as an affirmative defense that Wells Fargo has committed no act or omission causing damage to plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Speculative Damage)

11. Wells Fargo alleges as an affirmative defense that the damages claimed by plaintiffs in the Complaint are too speculative to support any cognizable claim for relief.

## TWELFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

12. Wells Fargo alleges as an affirmative defense that plaintiffs have failed, refused and/or neglected to take reasonable steps to mitigate their alleged damages, if any, thus barring or diminishing any recovery by them.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (No Sufficient Intent)

13. Wells Fargo alleges as an affirmative defense that Wells Fargo had no sufficient intent for the commission of the matters alleged in the Complaint and did not act with intent to discriminate against plaintiffs.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Standing)

14. Wells Fargo alleges as an affirmative defense that plaintiffs do not have standing to bring the causes of action alleged in their Complaint because they were not discriminated against and did not pay any fee or interest rate unrelated to creditworthiness or risk.

///
///
///
///
///
///
///
///
///

**WHEREFORE** Wells Fargo prays for judgment as follows:

1. That plaintiffs take nothing by reason of their Complaint;
2. That no class be certified in this action;
3. For its costs of suit herein;
4. For its attorneys' fees according to proof; and
5. For such other and further relief as this Court may deem just and proper.

DATED: October 5 2007

REED SMITH LLP

By _____
David S. Reidy
Robert D. Phillips, Jr.
Attorneys for Defendant
WELLS FARGO BANK, N.A.