Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones, Jr. (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | Case No.: C-07-4309 EMC<br><br>**CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PARTIES OF DEFENDANT WELLS FARGO BANK, N.A.**<br><br>Compl. Filed:   August 21, 2007<br>Trial Date:       None<br><br>*Honorable Edward M. Chen* |

### I.   CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo Bank, N.A., by and through its counsel of record Reed Smith LLP, hereby discloses as follows:

1.   Wells Fargo & Company, a publicly traded company, is the ultimate parent of Wells Fargo Bank, N.A.

### II.   CERTIFICATE OF INTERESTED PARTIES

To enable this Court to evaluate possible disqualification or recusal in this action, pursuant to Local Rule 3-16(a) and (b), Defendant Wells Fargo Bank, N.A., certifies that the following entities,

1  in addition to the parties themselves, have either a financial interest in this controversy, or could
2  otherwise be affected by the outcome of this proceeding:
3      1.    Wells Fargo & Company, a publicly traded company.
4      2.    Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A.

6  DATED: October 5 2007

7                        REED SMITH LLP

9                        By _____
                          David S. Reidy
10                           Robert D. Phillips, Jr.
                          Attorneys for Defendant
11                           WELLS FARGO BANK, N.A.