1   COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   JOHN J. STOIA, JR. (141757)
    THEODORE J. PINTAR (131372)
3   655 West Broadway, Suite 1900
    San Diego, CA  92101
4   Telephone:  619/231-1058
    619/231-7423 (fax)
5   johns@csgrr.com
    tedp@csgrr.com
6
    BONNETT, FAIRBOURN,                          CHAVEZ & GERTLER, L.L.P.
7     FRIEDMAN & BALINT, P.C.                    MARK A. CHAVEZ (90858)
    ANDREW S. FRIEDMAN                           JONATHAN GERTLER (111531)
8   WENDY J. HARRISON (151090)                   NANCE F. BECKER (99292)
    2901 N. Central Avenue, Suite 1000           42 Miller Avenue
9   Phoenix, AZ  85012                           Mill Valley, CA  94941
    Telephone:  602/274-1100                     Telephone:  415/381-5599
10  602/274-1199 (fax)                           415/381-5572 (fax)

11  Attorneys for Plaintiff

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  GILBERT VENTURA, SR. and TRACY D.   )   No. C-07-04309-EMC
    VENTURA,                            )
15                                      )   CLASS ACTION
                        Plaintiffs,     )
16                                      )   NOTICE OF APPEARANCE
           vs.                          )
17                                      )
    WELLS FARGO BANK, N.A.,             )
18                                      )
                        Defendant.      )
19  _____ )

20

21

22

23

24

25

26

27

28

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that John J. Stoia, Jr. and Theodore J. Pintar hereby enter their

3  appearance on behalf of plaintiff Gilbert Ventura, Sr. and Tracy D. Ventura and all others similarly

4  situated in *Ventura v. Wells Fargo Bank N.A.*, No. C-07-04309-EMC (N.D. Cal.), and request that all

5  pleadings, notices, orders, correspondence and other papers in connection with this action be served

6  upon the undersigned counsel at the address stated below.

7  DATED:  October 30, 2007                    COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
8                                               JOHN J. STOIA, JR.
                                                THEODORE J. PINTAR
9

10
                                                    s/ THEODORE J. PINTAR
11                                                  THEODORE J. PINTAR

12                                              655 West Broadway, Suite 1900
                                                San Diego, CA  92101
13                                              Telephone:  619/231-1058
                                                619/231-7423 (fax)
14
                                                BONNETT, FAIRBOURN,
15                                                FRIEDMAN & BALINT, P.C.
                                                ANDREW S. FRIEDMAN
16                                              WENDY J. HARRISON
                                                2901 N. Central Avenue, Suite 1000
17                                              Phoenix, AZ  85012
                                                Telephone:  602/274-1100
18                                              602/274-1199 (fax)

19                                              CHAVEZ & GERTLER, L.L.P.
                                                MARK A. CHAVEZ
20                                              JONATHAN GERTLER
                                                NANCE F. BECKER
21                                              42 Miller Avenue
                                                Mill Valley, CA  94941
22                                              Telephone:  415/381-5599
                                                415/381-5572 (fax)
23
                                                Attorneys for Plaintiffs
24  I:\HBrown\Wells Fargo Discrimination\NOT 00046850.doc

25

26

27

28

NOTICE OF APPEARANCE - C-07-04309-EMC                                        - 1 -

1

CERTIFICATE OF SERVICE

2      I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on October 30, 2007.

9

                                    s/ THEODORE J. PINTAR
10                                   THEODORE J. PINTAR

11                                   COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
12                                   655 West Broadway, Suite 1900
                                     San Diego, CA  92101-3301
13                                   Telephone:  619/231-1058
                                     619/231-7423 (fax)
14

15                                   E-mail:TedP@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:07-cv-04309-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Andrew Chavez**
  mark@chavezgertler.com,cate@chavezgertler.com

- **Andrew S. Friedman**
  afriedman@bffb.com,rcreech@bffb.com

- **Wendy Jacobsen Harrison**
  wharrison@bffb.com,rcreech@bffb.com,kvanderbilt@bffb.com

- **David S. Reidy**
  vfedoroff@reedsmith.com,dreidy@reedsmith.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)