1  **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2  Andrew S. Friedman (seeking pro hac vice)
   Wendy J. Harrison (CA SBN 151090)
3  2901 North Central Avenue, Suite 1000
   Phoenix, Arizona 85012
4  (602) 274-1100

5  **CHAVEZ & GERTLER, L.L.P.**
   Mark A. Chavez (CA SBN 90858)
6  42 Miller Avenue
   Mill Valley, California 94941
7  (415) 381-5599

8  Attorneys for Plaintiffs
   GILBERT VENTURA, SR., and
9  TRACY D. VENTURA

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO/OAKLAND DIVISION

13  GILBERT VENTURA, SR., and           ) Case No.: C07-04309 MJJ
    TRACY D. VENTURA,                   )
14                                      ) NOTICE OF ORDER SETTING CASE
                  Plaintiffs,           ) MANAGEMENT CONFERENCE ON
15                                      ) REASSIGNMENT AND REQUIRING
                                        ) JOINT CASE MANAGEMENT
16  v.                                  ) CONFERENCE STATEMENT
                                        )
17                                      )
    WELLS FARGO BANK, N.A.,             )
18                                      )
                  Defendant.            )
19                                      )
                                        )
20  _____ )

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that a Case Management Conference in the above-referenced matter has been scheduled for December 18, 2007 at 2:00 p.m. in Courtroom 11, 19th Floor, Federal Building, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, California. A true and correct copy of said order is attached hereto as Exhibit "A".

Dated: November 8, 2007

CHAVEZ & GERTLER LLP

By: _____
Nance F. Becker

Attorneys for Plaintiffs

1

NOTICE OF ORDER SETTING CMC, Case No. C 07-04309 MJJ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA SR., | No. C 07-04309 MJJ |
| Plaintiff, | **Clerk's Notice** |
| v. | **Scheduling Case** |
| | **Management Conference** |
| WELLS FARGO BANK, | **on Reassignment** |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Tuesday, 12/18/07** at **2:00 PM** before the Honorable Martin J. Jenkins upon reassignment. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than 10 days prior, counsel shall submit a joint case management conference statement.

For a copy of Judge Jenkins' Standing Order and other information, please refer to the Court's website at **www.cand.uscourts.gov**.

Dated: October 18, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _R. B. Espinosa_
R. B. Espinosa
Deputy Clerk



EXHIBIT A

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF MARIN         )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On November 8, 2007, I served the foregoing documents:

- **NOTICE OF ORDER SETTING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy
Reed Smith LLP
P.O. Box 7936
San Francisco, Ca 94120-7936

[X]     **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on November 8, 2007, at Mill Valley, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cate L. Coelho