BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C07-04309 MJJ<br><br>**STIPULATION RE SELECTING ADR PROCESS**<br><br>DATE:<br>CTRM: 11 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to confer during the next 30 days to determine whether a private ADR process will facilitate an early resolution of this case.

The parties further agree to notify the Court within 30 days whether they agree to participate in a private ADR process. In the event the parties agree to a private ADR process,

they will select a mutually acceptable arbitrator and schedule the initial ADR session within 30 days from the date of the order referring the case to an ADR process.

Dated: November 21, 2007

                BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By   /s/ Andrew S. Friedman
     Andrew S. Friedman
     Wendy J. Harrison
     2901 North Central Avenue, Suite 1000
     Phoenix, Arizona 85012-3311
     Telephone: 602-274-1100
     Facsimile: 602-274-1199


CHAVEZ & GERTLER, L.L.P.

By   /s/ Mark A. Chavez
     Mark A. Chavez
     Jonathan Gertler
     Nance F. Becker
     42 Mill Avenue
     Mill Valley, California 94941
     Telephone: 415-381-5599


COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By   /s/ Robert Rothman
     Theodore Joseph Pintar
     Robert Rothman
     655 West Broadway
     Suite 1900
     San Diego, CA 92101
     Telephone: 619- 231-1058
     Facsimile: 619-231-7423

     Attorneys for Plaintiffs

-2-

|     |     |
| --- | --- |
| 1   | REED SMITH LLP |
| 2   |     |
| 3   | By  /s/ David S. Reidy |
| 4   | Robert D. Phillips, Jr.<br>David S. Reidy |
| 5   | Two Embarcadero Center<br>San Francisco, CA 94111-3922 |
| 6   | Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269 |
| 7   |     |
| 8   | Mailing Address:<br>P. O. Box 7936 |
| 9   | San Francisco, CA 94120-7936 |
| 10  |     |
| 11  | Tyree P. Jones, Jr. (SBN 127631)<br>Email: tpjones@reedsmith.com |
| 12  | 1301 K Street, NW<br>Suite 1100 – East Tower |
| 13  | Washington, DC 20005-3317<br>Telephone: (202) 414-9296 |
| 14  | Facsimile: (202) 414-9299 |
| 15  |     |
| 16  | Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |