BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C07-04309 MJJ<br><br>**STIPULATION RE SELECTING ADR PROCESS**<br><br>DATE:<br>CTRM: 11 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to confer during the next 30 days to determine whether a private ADR process will facilitate an early resolution of this case.

The parties further agree to notify the Court within 30 days whether they agree to participate in a private ADR process. In the event the parties agree to a private ADR process,

-1-

Stipulation Re Selecting ADR Process                                         Case No. C07-04309 MJJ

they will select a mutually acceptable arbitrator and schedule the initial ADR session within 30 days from the date of the order referring the case to an ADR process.

Dated: November 21, 2007

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By __/s/ Andrew S. Friedman__
Andrew S. Friedman
Wendy J. Harrison
2901 North Central Avenue, Suite 1000
Phoenix, Arizona  85012-3311
Telephone:  602-274-1100
Facsimile:  602-274-1199


CHAVEZ & GERTLER, L.L.P.

By ___/s/ Mark A. Chavez___
Mark A. Chavez
Jonathan Gertler
Nance F. Becker
42 Mill Avenue
Mill Valley, California 94941
Telephone:  415-381-5599


COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By____/s/ Robert Rothman____
Theodore Joseph Pintar
Robert Rothman
655 West Broadway
Suite 1900
San Diego, CA 92101
Telephone: 619- 231-1058
Facsimile: 619-231-7423

Attorneys for Plaintiffs

-2-

Stipulation Re Selecting ADR Process                                                          Case No. C07-04309 MJJ

REED SMITH LLP

By  /s/ David S. Reidy
   Robert D. Phillips, Jr.
   David S. Reidy
   Two Embarcadero Center
   San Francisco, CA 94111-3922
   Telephone:  (415) 543-8700
   Facsimile:  (415) 391-8269

   Mailing Address:
   P. O. Box 7936
   San Francisco, CA 94120-7936

   Tyree P. Jones, Jr. (SBN 127631)
   Email:  tpjones@reedsmith.com
   1301 K Street, NW
   Suite 1100 – East Tower
   Washington, DC 20005-3317
   Telephone:  (202) 414-9296
   Facsimile:  (202) 414-9299

   Attorneys for Defendant
   WELLS FARGO BANK, N.A.



IT IS SO ORDERED
Judge Martin J. Jenkins
11/26/07