BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Andrew S. Friedman
Wendy J. Harrison (SBN 151090)
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
(602) 274-1100

CHAVEZ & GERTLER, L.L.P.
Mark A. Chavez (SBN 90858)
Jonathan Gertler (SBN 111531)
Nance F. Becker (SBN 99292)
42 Mill Avenue
Mill Valley, California 94941
(415) 381-5599

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No.: C07-04309 MJJ<br><br>**STIPULATION RE SELECTING ADR PROCESS**<br><br>DATE:<br>CTRM: 11 |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to confer during the next 30 days to determine whether a private ADR process will facilitate an early resolution of this case.

The parties further agree to notify the Court within 30 days whether they agree to participate in a private ADR process. In the event the parties agree to a private ADR process,

they will select a mutually acceptable arbitrator and schedule the initial ADR session within 30 days from the date of the order referring the case to an ADR process.

Dated: November 21, 2007

          BONNETT, FAIRBOURN, FRIEDMAN
          & BALINT, P.C.

By   /s/ Andrew S. Friedman
     Andrew S. Friedman
     Wendy J. Harrison
     2901 North Central Avenue, Suite 1000
     Phoenix, Arizona  85012-3311
     Telephone:  602-274-1100
     Facsimile:  602-274-1199


CHAVEZ & GERTLER, L.L.P.


By    /s/ Mark A. Chavez
     Mark A. Chavez
     Jonathan Gertler
     Nance F. Becker
     42 Mill Avenue
     Mill Valley, California 94941
     Telephone:  415-381-5599


COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP


By    /s/ Robert Rothman
     Theodore Joseph Pintar
     Robert Rothman
     655 West Broadway
     Suite 1900
     San Diego, CA 92101
     Telephone: 619- 231-1058
     Facsimile: 619-231-7423

     Attorneys for Plaintiffs

-2-

REED SMITH LLP

By  /s/ David S. Reidy
Robert D. Phillips, Jr.
David S. Reidy
Two Embarcadero Center
San Francisco, CA 94111-3922
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Mailing Address:
P. O. Box 7936
San Francisco, CA 94120-7936

Tyree P. Jones, Jr. (SBN 127631)
Email: tpjones@reedsmith.com
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005-3317
Telephone: (202) 414-9296
Facsimile: (202) 414-9299

Attorneys for Defendant
WELLS FARGO BANK, N.A.



IT IS SO ORDERED
Judge Martin J. Jenkins
11/26/07

Stipulation Re Selecting ADR Process                -3-                Case No. C07-04309 MJJ