**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

11 | GILBERT VENTURA SR.,

No. C07-04309 MJJ

12 |            Plaintiff,

**ORDER REGARDING PROTECTIVE ORDER REGARDING PRIVATE CONSUMER INFORMATION**

13 |   v.

14 | WELLS FARGO BANK,

15 |            Defendant.

16

17       On December 11, 2007, the parties submitted a Proposed Stipulated Protective Order

18 Regarding Private Consumer Information. (Docket No. 20.)  The Court hereby orders the parties to

19 submit a revised protective order complying with the requirements set forth below.

20         1)     When defining what constitutes "Confidential Private Consumer Information," add a

21                provision which provides that the information sought to be protected is properly

22                subject to protection under FRCP Rule 26(c) and that counsel shall not designate any

23                discovery material "Confidential Private Consumer Information" without first making

24                a good faith determination that protection is warranted.

25         2)     Attach a sample non-disclosure agreement, which should include an acknowledgment

26                that the confidentiality order has been read, that the party has agreed to be bound by

27                its terms, and that the party agrees to submit to the jurisdiction of this court if any

28                dispute arises over their use of the information.

//

6)     Designate a time limit on the Court's jurisdiction to enforce the terms of the order.

(e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: December 17, 2007

_____

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE