IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT VENTURA SR., | No. C07-04309 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER FOR CONFIDENTIAL AND TRADE SECRET INFORMATION** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

On December 11, 2007, the parties submitted a Proposed Stipulated Protective Order Regarding Confidential and Trade Secret Information. (Docket No. 21.) The Court hereby orders the parties to submit a revised protective order complying with the requirements set forth below.

1) When defining what constitutes "Confidential Information," add a provision which provides that the information sought to be protected is properly subject to protection under FRCP Rule 26(c) and that counsel shall not designate any discovery material "CONFIDENTIAL" without first making a good faith determination that protection is warranted.

2) Attach a sample non-disclosure agreement, which should include an acknowledgment that the confidentiality order has been read, that the party has agreed to be bound by its terms, and that the party agrees to submit to the jurisdiction of this court if any dispute arises over their use of the information.

//

6) Designate a time limit on the Court's jurisdiction to enforce the terms of the order. (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: December 17, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2