```
1  Robert D. Phillips, Jr. (SBN 82639)
   Tyree P. Jones (SBN 127631)
2  David S. Reidy (SBN 225904)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:   (415) 543-8700
7  Facsimile:   (415) 391-8269

8  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MJJ<br><br>Related Case No. C-07-04309 MJJ<br><br>**STIPULATION CONTINUING DEADLINE TO MAKE INITIAL DISCLOSURES AND ORDER THEREON**   GRANTED<br><br>Current Deadline:<br>January 25, 2008<br><br>**New Deadline:**<br>February 1, 2008<br><br>*Honorable Martin J. Jenkins* |

## STIPULATION

WHEREAS, on January 8, 2008, this Court entered its Pretrial Order on Case Management ("CMC Order," Doc. 51); and

WHEREAS, the CMC Order sets January 25, 2008, as the deadline to make initial disclosures under Rule 26(a), F.R.C.P.; and

WHEREAS, defendant Wells Fargo Bank, N.A. ("Wells Fargo") is unable to meet that deadline as a result of the unavailability of representatives; and

1     WHEREAS, the parties hereto agree to continue the deadline for initial disclosures by one week, to February 1, 2008:

    IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

    1.    The parties hereto agree that the deadline for initial disclosures should be continued by one week, to February 1, 2008.

**SO STIPULATED:**

DATED: January 24, 2008      REED SMITH LLP

By___/s/_____
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: January 24, 2008      BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By___/s/_____
Andrew S. Friedman
Lead Counsel for Plaintiffs

### ORDER

Based upon the stipulation of the parties hereto, and for good cause shown, the Court orders the deadline for initial disclosures in these actions continued by one week, to February 1, 2008.

**SO ORDERED:**

DATED: __January 28__, 2007

_____
Hon. Martin J. Jenkins
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware