| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | JOHN J. STOIA, JR. (141757) |
|   | THEODORE J. PINTAR (131372) |
| 3 | LESLIE E. HURST (178432) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | johns@csgrr.com |
| 6 | tedp@csgrr.com |
|   | leslieh@csgrr.com |
| 7 | |
|   | Liaison Interim Class Counsel |
| 8 | |
|   | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION | Lead Case No. C-07-3880 MJJ |
| | CLASS ACTION |
| This Document Relates to: | NOTICE OF APPEARANCE OF LESLIE E. HURST |
|    *Ventura v. Wells Fargo*, No. C-07-04309-MJJ | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Leslie E. Hurst hereby enters her appearance on behalf of plaintiffs Gilbert Ventura, Sr. and Tracy D. Ventura, and all others similarly situated in *Ventura v. Wells Fargo Bank N.A.*, No. C-07-04309-MJJ (N.D. Cal.), and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED: January 30, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST


  s/ Leslie E. Hurst
LESLIE E. HURST

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Liaison Interim Class Counsel

RODDY KLEIN & RYAN
GARY KLEIN
SHENNAN KAVANAGH
GILLIAN FEINER
727 Atlantic Avenue
Boston, MA  02111-2810
Telephone:  617/357-5500
617/357-5030 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

Co-Lead Interim Class Counsel

S:\CasesSD\Wells Fargo FHA\NOT 00048475-Ventura.doc

NOTICE OF APPEARANCE OF LESLIE E. HURST - C-07-3880 MJJ - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2008.

    s/ Leslie E. Hurst
LESLIE E. HURST

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  leslieh@csgrr.com

# Mailing Information for a Case 3:07-cv-03880-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Wendy Jacobsen Harrison**
  wharrison@bffb.com,rcreech@bffb.com,kvanderbilt@bffb.com

- **Gary Edward Klein**
  Klein@roddykleinryan.com,pereira@roddykleinryan.com,kavanagh@roddykleinryan.com,mcclay

- **Robert D. Phillips , Jr**
  RPhillips@ReedSmith.com,adevor@reedsmith.com

- **Mark S. Reich**
  mreich@csgrr.com

- **David S. Reidy**
  pgiatis@reedsmith.com,vfedoroff@reedsmith.com,dreidy@reedsmith.com

- **Robert M. Rothman**
  rrothman@lerachlaw.com,e_file_ny@lerachlaw.com

- **Samuel H. Rudman**
  srudman@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Avenue
2nd Floor
Boston, MA 02111
```