REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Robert D. Phillips, Jr. (SBN 82639)
Tyree P. Jones (SBN 127631)
David S. Reidy (SBN 225904)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    (415) 543-8700
Facsimile:    (415) 391-8269

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  WELLS FARGO RESIDENTIAL MORTGAGE LENDING DISCRIMINATION LITIGATION<br><br>This document relates to<br><br>ALL ACTIONS | Lead Case No.: C-07-03880 MJJ<br><br>Related Case No. C-07-04309 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Hearing Date:  March 4, 2008<br>Time:  9:30 a.m.<br>Courtroom:  11, 19th Floor<br><br>*Hon. Martin J. Jenkins* |

**STIPULATION**

WHEREAS, defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") Motion to Stay all Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation ("Motion") is currently set for hearing in this Court on March 4, 2008; and

WHEREAS, pursuant to Northern District L.D. 7-3, Plaintiffs' opposition to the Motion is due on February 12, 2008, with Wells Fargo's reply due on February 19, 2008; and

— 1 —

STIPULATION AND [PROPOSED] ORDER THEREON

DOCSSFO-12504603.1-DSREIDY

WHEREAS, the parties hereto agree to continue the briefing due dates by one week to facilitate discussions regarding a potential stipulation concerning the issues underlying the Motion:

IT IS THEREFORE STIPULATED between Plaintiffs and Wells Fargo, by and through their undersigned attorneys of record that:

1. Plaintiffs' opposition to the Motion shall be due no later than February 19, 2008; and
2. Wells Fargo's reply in support of the Motion shall be due no later than February 26, 2008.

**SO STIPULATED:**

DATED: February 12, 2008        REED SMITH LLP

By  /s/
David S. Reidy
Attorneys for Defendant
WELLS FARGO BANK, N.A.

DATED: February 12, 2008        BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By  /s/
Andrew S. Friedman
Lead Counsel for Plaintiffs

**SO ORDERED:**

DATED: February 13, 2008

_____
Hon. Martin J. Jenkins
United States District Court Judge

— 2 —

STIPULATION AND [          ] ORDER THEREON

DOCSSFO-12504603.1-DSREIDY