1  **BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2  Andrew S. Friedman (seeking pro hac vice)
   Wendy J. Harrison (CA SBN 151090)
3  2901 North Central Avenue, Suite 1000
   Phoenix, Arizona 85012
4  (602) 274-1100

5  **CHAVEZ & GERTLER, L.L.P.**
   Mark A. Chavez (CA SBN 90858)
6  42 Miller Avenue
   Mill Valley, California 94941
7  (415) 381-5599

8  Attorneys for Plaintiffs
   GILBERT VENTURA, SR., and
9  TRACY D. VENTURA

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| GILBERT VENTURA, SR., and TRACY D. VENTURA, | Case No. :C07-04309 MMC |
| Plaintiffs, | **PROOF OF SERVICE OF CMC ORDER AND STANDING ORDERS** |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MARIN        )

     I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

     On February 22, 2008, I served the foregoing documents:

- **CASE MANAGEMENT CONFERENCE ORDER; and**
- **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Robert D. Phillips, Jr.
Tyree P. Jones, Jr.
David S. Reidy
Reed Smith LLP
P.O. Box 7936
San Francisco, Ca 94120-7936

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

     Executed on February 22, 2008, at Mill Valley, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                      Cate L. Coelho