1  **BONNETT, FAIRBOURN, FRIEDMAN**
   **& BALINT, P.C.**
2  Andrew S. Friedman (seeking pro hac vice)
   Wendy J. Harrison (CA SBN 151090)
3  2901 North Central Avenue, Suite 1000
   Phoenix, Arizona 85012
4  (602) 274-1100

5  **CHAVEZ & GERTLER, L.L.P.**
   Mark A. Chavez (CA SBN 90858)
6  Lisa Fialco (CA SBN 216682)
   42 Miller Avenue
7  Mill Valley, California 94941
   (415) 381-5599
8
   Attorneys for Plaintiffs
9  GILBERT VENTURA, SR., and
   TRACY D. VENTURA
10

11              **IN THE UNITED STATES DISTRICT COURT**

12           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13              **SAN FRANCISCO/OAKLAND DIVISION**

14  GILBERT VENTURA, SR., and          ) **Case No. :C07-04309 MMC**
    TRACY D. VENTURA,                  )
15                                     ) CLASS ACTION
                     Plaintiffs,       )
16                                     ) NOTICE OF APPEARANCE
                                       )
17  v.                                 )
                                       )
18  WELLS FARGO BANK, N.A.,            )
                                       )
19                   Defendant.        )
                                       )
20                                     )
                                       )
21  _____   )

22

23

24

25

26

27

28

1    TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that Lisa Fialco hereby enters her appearance on behalf of

3    plaintiffs Gilbert Ventura, Sr., Tracy D. Ventura and all other similarly situated in Ventura et

4    al. v. Wells Fargo Bank, N.A., No. C07-04309 MMC, and requests that all pleadings, notices,

5    orders, correspondence and other papers in connection with this action be served upon the

6    undersigned counsel at the address stated above.

7

8    Dated:  July 23, 2008                         Respectfully submitted,

9                                                  CHAVEZ & GERTLER LLP

10                                                 BONNETT, FAIRBOURN,
11                                                  FRIEDMAN, & BALINT, P.C.

12
13                                                 By: _Lisa Fialco_____
                                                       Lisa Fialco
14
15                                                 Attorneys for Plaintiff LAWRENCE
                                                   CELANO, RICHARD THESING, WILLIAM
16                                                 HEFFERON and the PROPOSED PLAINTIFF
                                                   CLASS

17

18

19

20

21

22

23

24

25

26

27

28

1